UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  EDWARD FITZGERALD HEARNS
         WANDA JEAN HEARNS
         DEBTOR(S)

J.C. BELL, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 15-50125 KMS

## MOTION TO ALLOW LATE FILED CLAIM

COMES NOW, the Trustee, J. C. Bell, and files this Motion to Allow the following Late Filed Claim:

SELENE FINANCE
9990 RICHMOND AVE
SUITE 400S
HOUSTON, TX  77042-4559

Court Claim No. 11

Amount of Claim: $51,600.96     (0% Interest)

Classification:  SECURED

   Trustee has reviewed the above Late Filed Claim and recommends that it would be in the best interests of the Debtors to allow said Claim and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/  J.C. BELL

J.C. BELL, Trustee

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011

**CERTIFICATE OF SERVICE**

    I, J.C. BELL, do hereby certify that on June 09, 2015, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

| | |
|---|---|
| EDWARD FITZGERALD HEARNS<br>P.O. Box 216<br>Quitman, MS  39355 | WANDA JEAN HEARNS<br>P.O. Box 216<br>Quitman, MS |
| TYLVESTER GOSS<br>DAVIS GOSS & WILLIAMS<br>P O BOX 2957<br>MERIDIAN, MS  39302 | SELENE FINANCE<br>9990 RICHMOND AVE<br>SUITE 400S<br>HOUSTON, TX  77042-4559 |

*/s/  J.C. BELL*
J.C. BELL, TRUSTEE