_____



**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 10, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  EDWARD FITZGERALD HEARNS
       WANDA JEAN HEARNS              CHAPTER 13 BANKRUPTCY
       DEBTOR(S)                                CASE NO. 15-50125 KMS

J.C. BELL, TRUSTEE

## ORDER ON TRUSTEE'S MOTION TO ALLOW LATE FILED CLAIM

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion to Allow the Late Filed Claim (Court Claim No. 11) of SELENE FINANCE (Docket No. 68), and no party in interest having filed an Objection, the Court finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Late Filed Claim is allowed and shall be paid pursuant to the provisions of the Confirmed Plan and other orders of the Court, with the Trustee being authorized to adjust the amount of the Plan payment, as needed, to pay said Claim in the time remaining in the Plan.

IT IS, FURTHER, ORDERED AND ADJUDGED that the Debtors are given 30 days form the entry of this Order within which to file a written application for modification of this Order, and in the absence of such application, this Order shall become final.

##END OF ORDER##

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
mdg@jcbell.net